**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BASKIN-ROBBINS FRANCHISING LLC, et al.,

      Plaintiffs/Counter-Defendants,

v.                            Case No. 08-15322

N & J's, INC., et al.,

      Defendants/Counter-Plaintiffs.
_____/

**ORDER GRANTING PLAINTIFFS/COUNTER-DEFENDANTS' "MOTION TO QUASH DEFENDANTS' NOTICE OF TAKING RECORDS DEPOSITION OF JOHN FOGUTH"**

On December 21, 2009, Defendants/Counter-Plaintiffs N & J's, Inc. and Nadica Milosevski-Edwards ("Defendants") provided Plaintiffs/Counter-Defendants Baskin-Robbins Franchising LLC and BR IP Holder LLC ("Plaintiffs") with notice that Defendants were going to take the records deposition of non-party John Foguth on January 5, 2010.  Plaintiffs filed a "Motion to Quash Defendants' Notice of Taking Records Deposition of John Foguth" on December 30, 2009.  A telephone conference was held regarding this motion on January 4, 2010.  For the reasons stated on the record,

IT IS ORDERED that the "Motion to Quash Defendants' Notice of Taking Records Deposition of John Foguth" [Dkt. # 46] is GRANTED.  The notice of taking

records deposition is quashed without prejudice.  After resolution of the pending

motions for summary judgment, Defendants are free to renew their demand for certain

records from John Foguth, if necessary and after consultation with Plaintiffs.

         S/Robert H. Cleland
         ROBERT H. CLELAND
         UNITED STATES DISTRICT JUDGE

Dated:  January 5, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, January 5, 2010, by electronic and/or ordinary mail.

         S/Lisa Wagner
         Case Manager and Deputy Clerk
         (313) 234-5522